IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBBIE J. BROCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-05-1324-F |
| ) | |
| JO ANNE BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

On June 28, 2006, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation (doc. no. 20), wherein he recommended that the final decision of defendant denying plaintiff's applications for disability insurance benefits and supplemental security income benefits be affirmed. In the Report and Recommendation, Magistrate Judge Argo advised the parties of their right to file an objection to the Report and Recommendation with the clerk of this court by July 18, 2006, in accordance with 28 U.S.C. § 636 and Local Civil Rule 72.1. On July 19, 2006, plaintiff filed with the clerk of the court her objection to the findings and recommendation of Magistrate Judge Argo.[1]  Although plaintiff's objection is untimely, the court declines to conclude that plaintiff has waived her objection. Instead, the court shall consider the objection on its merits.

---

[1] In the certificate of mailing, counsel for plaintiff certifies that the document was electronically transmitted on July 17, 2006.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review. Having done so, the court concludes that plaintiff's objection is without merit. The court agrees with the recommendation of Magistrate Judge Argo and accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo on July 19, 2006 (doc. no. 20) is **ACCEPTED, ADOPTED**, and **AFFIRMED**. The final decision of defendant, Jo Anne B. Barnhart, the Commissioner of Social Security Administration, denying plaintiff's applications for disability insurance benefits and supplemental security income benefits is **AFFIRMED**. Judgment shall issue forthwith.

DATED July 26, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1324p002.wpd